Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | E-B Display Company, Inc. |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | FDBA E-B Wire Works, Inc. <br> FAW Atriadi |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 34-0861140 |

| | | |
|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** <br><br> 1369 Sanders Avenue SW <br> Massillon, OH 44647 <br> Number, Street, City, State & ZIP Code <br><br> Stark <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | https://www.ebdisplay.com/ |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

**7.  Describe debtor's business**

A. *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒  None of the above

B. *Check all that apply*

☐  Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐  Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____3372_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐  Chapter 7

☐  Chapter 9

☒  Chapter 11. *Check **all** that apply*:

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒  No.
☐  Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐  No
☒  Yes.

List all cases. If more than 1, attach a separate list

Debtor   SEE ATTACHED SCHEDULE 1                    Relationship  _____

|  | District | When | Case number, if known |
|--|----------|------|----------------------|
|  | _____ | _____ | _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.     Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard?     _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other     _____

**Where is the property?**     _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.     Insurance agency     _____

      Contact name     _____

      Phone     _____

---

███     **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**     .     *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|--|--|--|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|--|--|--|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|--|--|--|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
    of authorized
    representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 12, 2023
              MM / DD / YYYY

**X** /s/  Michael S. Rotolo                                Michael S. Rotolo
    Signature of authorized representative of debtor        Printed name

Title    President

**18. Signature of attorney**

**X** /s/ Christopher Peer                          Date    May 12, 2023
    Signature of attorney for debtor                       MM / DD / YYYY

Christopher Peer
Printed name

Wickens Herzer Panza
Firm name

35765 Chester Road
Avon, OH 44011
Number, Street, City, State & ZIP Code

Contact phone    (440) 695-8093        Email address    cpeer@wickenslaw.com

0076257 OH
Bar number and State

**Schedule 1 to Voluntary Petition**

**PENDING BANKRUPTCY CASES FILED BY AFFILIATES OF THE DEBTOR**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Ohio. A motion will be filed with the Court requesting that the chapter 11 cases of these entities be jointly administered for procedural purposes only.

| Entity Name | Federal Employer Identification Number |
|---|---|
| E-B Display Company, Inc. | 34-0861140 |
| Rotolo Industries, Inc. | 02-0655474 |
| Rotolo Industries, L.L.C. | 75-3051366 |
| Rotolo Investors, L.L.C. | 75-3051359 |

# United States Bankruptcy Court
## Northern District of Ohio, Eastern Division

In re  E-B Display Company, Inc.

Debtor(s)

Case No.

Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  E-B Display Company, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Rotolo Industries, Inc.
1369 Sanders Ave. SW
Massillon, OH 44647

☐ None [*Check if applicable*]

May 12, 2023

Date

/s/ Christopher Peer

Christopher Peer

Signature of Attorney or Litigant
Counsel for  E-B Display Company, Inc.

Wickens Herzer Panza
35765 Chester Road
Avon, OH 44011
(440) 695-8093  Fax:
cpeer@wickenslaw.com

# United States Bankruptcy Court
## Northern District of Ohio, Eastern Division

In re    E-B Display Company, Inc.        Case No. _____

                     Debtor(s)      Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ann Penn<br>2251 Young Lane<br>Lockhart, TX 78644 | Common Stock | | 0.26% |
| Carolyn Worthern<br>7912 Greenwich Blvd NW<br>Massillon, OH 44646 | Common Stock | | 0.26% |
| Claudia Denaro<br>534 S. Firestone Blvd.<br>Akron, OH 44301 | Common Stock | | 0.26% |
| Dee Evans Baucom<br>171 East Riddle Avenue<br>Ravenna, OH 44266 | Common Stock | | 0.26% |
| Michael S. Rotolo<br>2741 Last Valley Lane<br>Hudson, OH 44236 | Common Stock | | 0.3% |
| Rick A. Catazaro<br>3528 Spindle St.<br>Massillon, OH 44646 | Common Stock | | 0.5% |
| Rotolo Industries, Inc.<br>1369 Sanders Ave. SW<br>Massillon, OH 44647 | Common Stock | | 96.5% |
| Rotolo Investors II LLC<br>2741 Last Valley Lane<br>Hudson, OH 44236 | Common Stock | | 1.4% |
| Sandra Rhodes<br>PO Box 26312<br>Silverthorne, CO 80497 | Common Stock | | 0.26% |

Sheet 1 of 2 in List of Equity Security Holders

In re:  E-B Display Company, Inc.      Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  May 12, 2023          Signature  /s/ Michael S. Rotolo

                                                             Michael S. Rotolo

<em>Penalty for making a false statement of concealing property:</em> Fine of up to $500,000 or imprisonment for up to 5 years or both.<br>18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

**Fill in this information to identify the case:**

Debtor name    E-B Display Company, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

Case number (if known)   _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 12, 2023     **X** /s/   Michael S. Rotolo _____
                                         Signature of individual signing on behalf of debtor

                                         Michael S. Rotolo _____
                                         Printed name

                                         President _____
                                         Position or relationship to debtor

Fill in this information to identify the case:

Debtor name | E-B Display Company, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABC Plastics Inc 140 West Drive PO BOX 59 Lodi, OH 44254 | (330) 948-3322 | Trade debt | | | | $49,048.00 |
| Beaver Steel Services Inc PO BOX 645672 Pittsburgh, PA 15264 | | Trade debt | | | | $185,296.37 |
| Bisco Industries 5065 E. Hunter Avenue Anaheim, CA 92807 | Melinda Melindal@biscoind.com 7146932901 | Trade debt | | | | $17,052.80 |
| Boyarmiller Attorneys at Law 2925 Richmond Ave. 14th Floor Houston, TX 77098 | (713) 850-7766 | Legal | | | | $179,211.71 |
| Diseko AV. MEXICO 203, PARQUE INDUST'L SAN FRANCISCO SAN FRANCISCO de los ROMO AGUASCALIENTES, 20304 MX | | Trade debt | | | | $25,588.25 |
| Distributor Service, Inc. 6550 Davis Industrial Parkway Solon, OH 44139 | Dana Hopkins dhopkins@maildsi.com 8007451778 | Trade debt | | | | $48,368.40 |
| Emo Trans, Inc 2322 Grand Avenue Baldwin, NY 11510 | (440) 243-5910 | Trade debt | | | | $23,416.31 |
| Fastenal Company 1224 Erie St. S. Massillon, OH 44646 | (330) 834-1071 | Trade debt | | | | $21,371.62 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Street Development, LLC 2805 Midvale Rd. NW Canton, OH 44708 | | Former landlord | Disputed | | | $112,236.41 |
| Fujifilm North America Corp 1101 West Cambridge Circle Drive Kansas City, KS 66103 | Cyndee cynthia.fenton@fujifilm.com 8007374270 | Trade debt | | | | $23,109.80 |
| Global Sourcing & Support SVCS 260 E. University Avenue Cincinnati, OH 45219 | (513) 321-2214 | Trade debt | | | | $27,450.00 |
| Goengineer, LLC 739 Fort Union Blvd Midvale, UT 84047 | Lynne Kirchoff lkirchoff@goengineer.com | Trade debt | | | | $21,950.90 |
| Hartville Hardware #0289 1315 Edison St NW Hartville, OH 44632 | Rachel Dundon Rdundon@hartvillehardware.com 3308773631 | Trade debt | | | | $18,679.94 |
| Hawthorne Wire, LTD. 13000 Athens Ave DOCK# 4 Lakewood, OH 44107 | (216) 272-4747 | Trade debt | | | | $67,667.22 |
| Martin Pallet Inc 1414 Industrial Ave SW Massillon, OH 44647 | (330) 832-5309 | Trade debt | | | | $39,299.75 |
| Matheson Tri-Gas, Inc. Attn: General Counsel 150 Allen Road, Suite 302 Basking Ridge, NJ 07920 | | Judgment | Disputed | | | $853,210.45 |
| Polymershapes LLC 4609-A Van Epps Road Brooklyn Heights, OH 44131 | (866) 757-7990 2167496770 | Trade debt | | | | $42,670.61 |
| Se-Kure Controls, Inc. 3714 Runge Street Franklin Park, IL 60131 | (800) 322-2435 | Trade debt | | | | $77,325.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Stark & Knoll Co., LPA 3475 Ridgewood Road Akron, OH 44333 | | Legal | | | | $18,490.61 |
| Westrock Box On Demand, LLC 53 Commerce Dr Mechanicsburg, PA 17050 | Jeff jeff.shem@westrock.com 7176547717 | Trade debt | | | | $53,766.48 |

**UNANIMOUS ACTION BY WRITTEN CONSENT OF THE DIRECTORS
OF E-B DISPLAY COMPANY, INC.**

The undersigned, being all of the Directors of **E-B Display Company, Inc.**, an Ohio corporation (the "Corporation"), do hereby, in writing and without a meeting, pursuant to Section 1701.54 of the Ohio Revised Code, adopt the following resolutions and direct the officers of the Corporation accordingly:

**<u>Authority for the Corporation to File for Bankruptcy</u>**

**WHEREAS,** the Corporation has entered a period of extreme financial distress, requires significant capital for operational expenditures that it cannot find and lacks financial liquidity; and

**WHEREAS,** the Corporation, after consultation with the Corporation's advisors, and in order to maximize value for the Corporation's stakeholders, has determined that it is presently in the best interests of the Corporation, its creditors, employees, and other interested parties that a petition be prepared to be filed by the Corporation seeking relief pursuant to the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**NOW, THEREFORE, BE IT:**

**RESOLVED,** that it is presently in the best interests of the Corporation, its creditors, employees, and other interested parties that, conditioned upon the Corporation securing DIP Financing (as defined herein), the petition be prepared to be filed and be filed by the Corporation seeking relief pursuant to the provisions of the Bankruptcy Code; and

**RESOLVED,** that Michael S. Rotolo, President and CEO of the Corporation, or any other officer of the Corporation, be, and hereby are, authorized, empowered and directed, in the name and on behalf of the Corporation, to execute, verify and file a petition for relief pursuant to Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Ohio at such time as said officer executing the same shall determine; and

**RESOLVED,** that Michael S. Rotolo, President and CEO of the Corporation, or any other officer of the Corporation, be, and hereby are, authorized, empowered and directed, in the name and on behalf of the Corporation, to appear in court on behalf of the Corporation, to file all petitions, schedules, statements, motions, declarations, affidavits, lists, applications, pleadings and other papers, and, in connection therewith, to employ and retain all assistance needed by legal counsel, accountants, financial advisors and other professionals, and to take and perform any and all further acts and deeds which are deemed necessary, proper or desirable in connection with the Chapter 11 case of the Corporation; and

**RESOLVED,** that Michael S. Rotolo, President and CEO of the Corporation, or any other officer of the Corporation, be, and hereby are, authorized, empowered and directed, in the name and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file and/or record, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such officer shall be or become necessary, proper and desirable to prosecute to a successful completion the organizational form and structure and ownership of the Corporation consistent with the foregoing resolutions and to carry out and put into effect the purpose of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions.

**Retention of Chapter 11 Professionals**

**WHEREAS,** to guide the Corporation through the Chapter 11 process, the Corporation has determined to retain and employ certain professionals and consultants, including Wickens Herzer Panza as bankruptcy counsel.

**WHEREAS,** to provide financial and management advisory services during the Chapter 11 process, the Corporation has determined to retain and employ Manchester RBG as its management and financial advisory firm.

**WHEREAS,** to provide investment banking services to the Corporation during the Chapter 11 process in order to procure potential bidders for the business of the Corporation, the Corporation has determined to retain and employ Signet Capital Advisers LLC as its investment banker.

**NOW, THEREFORE, BE IT:**

**RESOLVED,** that the law firm of Wickens Herzer Panza, located at 35765 Chester Road, Avon, Ohio 44011, is hereby employed as general bankruptcy counsel for the Corporation to, among other things, file the Corporation's Chapter 11 case and represent the Corporation in its Chapter 11 case; and

**RESOLVED,** that Manchester RBG is hereby employed, subject to order of the Bankruptcy Court approving such employment, as management consultants to assist the Corporation with financial and management advisory services while the Corporation is in Chapter 11; and

**RESOLVED,** that Signet Capital Advisers LLC is hereby employed, subject to order of the Bankruptcy Court approving such employment, as investment bankers to assist the Corporation with investment banking services while the Corporation is in Chapter 11; and

**RESOLVED,** that Michael S. Rotolo, President and CEO of the Corporation, or any other officer of the Corporation be, and each of them hereby is authorized and directed to, to the extent not already completed pursuant to prior resolutions, execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and cause to be filed an appropriate application for authority to retain the services of Wickens Herzer Panza, Manchester RBG and Signet Capital Advisers LLC.

**Debtor-in-Possession Financing**

**WHEREAS,** the Corporation intends to enter into a debtor-in-possession financing in the amount of up to $995,000.00 pending entry of a Final DIP Order (as defined below) to be made available upon entry of a Final DIP Order (the "DIP Financing") with Westfield Bank (the "DIP Lender"); and

**WHEREAS,** the DIP Financing is to be documented pursuant to a Debtor-In-Possession Loan Agreement and other loan documents dated May 12, 2023 among the Corporation, the DIP Lender, and the Corporation's affiliated entities Rotolo Industries, Inc., Rotolo Industries, L.L.C. and Rotolo Investors, L.L.C., and secured by the liens granted to the DIP Lender as described therein, loan documents and other ancillary documents described therein (collectively, the "DIP Loan Documents"); and

**WHEREAS,** the Corporation, by and through its advisors did make other reasonable inquiry of other lending institutions and parties to consider providing alternative debtor-in-possession financing and each such other party declined to provide debtor-in-possession financing on similar or better terms than the DIP Financing; and

**WHEREAS,** the undersigned believe that it is in the best interests of the Corporation to enter into the DIP Loan Documents and consummate the DIP Financing.

**NOW, THEREFORE, BE IT:**

**RESOLVED,** that the Corporation shall borrow debtor-in-possession financing upon the terms and subject to the conditions set forth in the DIP Loan Documents, and grant to the DIP Lender such mortgages on, and security interests in, the property of the Corporation and of the bankruptcy estate of the Corporation, upon the terms and subject to the conditions substantially as set forth in the DIP Loan Documents and upon such other or additional terms and conditions as the officers of this Corporation, or any one of them may deem necessary, advisable or appropriate; and that any of the officers of this Corporation be, and hereby are, authorized and directed on behalf of this Corporation to execute and deliver to the DIP Lender of such debtor-in-possession financing such loan documents and related documents, instruments and other papers and to make such filings and take such other measures as may be necessary or required by the DIP Lender to obtain and secure such DIP Financing; and

**RESOLVED,** that the form, terms and provisions of each of the DIP Loan Documents, to be in substantially the same form as presented to the Corporation or otherwise, upon the terms and subject to conditions consistent with the provisions previously negotiated by the officers of the Corporation and customary for transactions of this type, with such changes as the officers of the Corporation or any of them may deem to be in the best interests of the Corporation, the granting of security interests thereunder and any other transactions contemplated by the DIP Loan Documents, be, and they hereby are, authorized and approved in all respects; and the execution and delivery of such DIP Loan Documents shall be deemed conclusive evidence that the same are in all respects authorized and approved;

**RESOLVED,** that pursuant to the DIP Loan Documents, the officers of the Corporation be, and each of them hereby is, authorized and empowered to take any and all other actions to create and perfect a security interest, pledge, lien, mortgage or other similar encumbrance in or on all assets of the Corporation in favor of the DIP Lender with respect to the DIP Loan Documents;

**RESOLVED,** that Michael S. Rotolo, President and CEO of the Corporation, or any other officer of the Corporation, be, and each such officer hereby is, authorized and empowered for and on behalf of the Corporation, to execute and deliver the DIP Loan Documents, and any other documents and to do such acts and things and to execute and deliver such agreements, notes, instruments, waivers, consents, documents and certificates as he, she or they in their sole discretion shall deem necessary or advisable to cause the Corporation to perform the obligations under the DIP Loan Documents, and the ancillary agreements contemplated by such agreements, to make borrowings under the DIP Loan Documents, and otherwise to carry out and effect the purposes and intents of the foregoing resolutions, the taking of such actions and the execution and delivery of such agreements, instruments, certificates, waivers, consents and documents by any such officer to be conclusive evidence of his or her having made such determination.

### Sale of Substantially All Assets of the Corporation

**WHEREAS,** the Corporation has entered a period of extreme financial distress; and

**WHEREAS,** the Corporation has determined that a sale of substantially all of its assets is in the best interests of its creditors, vendors and employees.

**NOW, THEREFORE, BE IT:**

**RESOLVED,** that the Corporation shall, by and through a Chapter 11 process and specifically pursuant to Section 363 of the Bankruptcy Code, sell substantially all of its assets free and clear of any and all liens, encumbrances, claims and interests to the party submitting the highest and best bid for the Corporation's assets as decided by the Corporation in its sole discretion; and

**RESOLVED**, that the Corporation shall seek approval of the Bankruptcy Court to sell substantially all its assets to the party submitting the highest and best bid for the assets; and

**RESOLVED,** that Michael S. Rotolo, President and CEO of the Corporation, or any other officer of the Corporation are hereby authorized, empowered and directed to enter into any and all agreements, instruments, motions, waivers and releases, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such officer shall be or become necessary, proper and desirable to execute such sale.

### Ratification, Modification; Limitation; Revocation

**RESOLVED,** that Michael S. Rotolo, President and CEO of the Corporation, or any other officer of the Corporation, are hereby authorized, empowered and directed to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, waivers and releases, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such officer shall be or become necessary, proper and desirable to prosecute to a successful completion the Corporation's Chapter 11 case; to effectuate the restructuring of debt, other obligations, organizational form and structure and ownership of the Corporation consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

**RESOLVED,** that any and all past actions heretofore taken by any officers or directors of the Corporation in the name and on behalf of the Corporation in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved; and

**RESOLVED,** that any third party may rely upon these resolutions without further act or action by the Corporation and that these resolutions shall remain in full force and effect notwithstanding the subsequent death or incapacitation of any signatory hereto; and

**RESOLVED,** that Michael S. Rotolo, President and CEO of the Corporation, or any other officer of the Corporation in his or her sole discretion, if circumstances render such action(s) to be an act of reasoned business judgment of the Corporation, may, until any petition for relief pursuant to the Bankruptcy Code has been filed, decide to cease pursuit of the filing of a petition for relief pursuant to the Bankruptcy Code for the Corporation by notifying, in writing, the directors of the Corporation and the Corporation's professionals employed pursuant to this resolution.

**REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

**IN WITNESS WHEREOF,** the undersigned have set their hands this 9th day of May , 2023.

_____
Michael S. Rotolo

_____
Rick A. Catazaro

_____
Mary Olivia Rotolo

_____ ____, 2023

28430-208\Unanimous Written Consent of Directors of EB\cwp/emp- 5 -

**United States Bankruptcy Court**
**Northern District of Ohio, Eastern Division**

In re    E-B Display Company, Inc.

Case No.

_____ Debtor(s)    Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    May 12, 2023

/s/  Michael S. Rotolo
Michael S. Rotolo/President
Signer/Title

415 Group
4300 Munson St NW Suite 100
Canton, OH 44718


Abbott Fire & Security Inc.
1935 Allen Ave. SE
Canton, OH 44707


ABC Fire Inc.
10250 Royalton Rd.
North Royalton, OH 44133


ABC Plastics Inc
140 West Drive PO BOX 59
Lodi, OH 44254


Affirmed First Aid Safety
10868 Portage Street N.W.
Canal Fulton, OH 44614


Akron Belting & Supply Company
1244 Home Avenue
Akron, OH 44310


Allegheny Plywood
15657 Brookpark Road
Brookpark, OH 44142


Amada America, Inc.
180 Amada Court
Schaumburg, IL 60173


Amada America, Inc.
P.O. BOX 530603
Atlanta, GA 30353


American Chemical Products
5041 West 161st Street
Cleveland, OH 44142


American Heritage Life Insur
PO BOX 650514
Dallas, TX 75265


Americoats
3429 N. Runge Street
Franklin Park, IL 60131


Angola Wire Products
803 Wohlert Street
Angola, IN 46703


Aqua Ohio
PO BOX 269
Struthers, OH 44471

Aqua Ohio
PO BOX 70279
Philadelphia, PA 19176


Automation Mailing & Shipping
1138 West 9th Street
Cleveland, OH 44113


Automation Mailing & Shipping
12309 Plaza Drive
Parma, OH 44130


Axalta Powder Coating Systems USA, Inc
PO BOX 3490
Carol Stream, IL 60132


Axalta Powder Coating Systems USA, Inc.
9800 Genard Rd.
Houston, TX 77041


Beaver Steel Services Inc
PO BOX 645672
Pittsburgh, PA 15264


Beaver Steel Services, Inc
PO BOX 6305
Hermitage, PA 16148


Bennett Supply of Ohio, LLC
8170 Roll & Hold Parkway
Macedonia, OH 44056


Bennett Supply of Ohio, LLC
PO BOX 3455
Pittsburgh, PA 15230


Bisco Industries
5065 E. Hunter Avenue
Anaheim, CA 92807


Bisco Industries
PO BOX 68062
Anaheim, CA 92817


Boyarmiller Attorneys at Law
2925 Richmond Ave. 14th Floor
Houston, TX 77098


Brechbuler Scales, Inc
1424 Scale Street SW
Canton, OH 44706


Brian Howell
340 Treadstone Lane
Dallas, GA 30132

Buckeye Business Products, Inc
3830 Kelley Avenue
Cleveland, OH 44114


Buckeye Business Products, Inc
P.O. BOX 392340
Cleveland, OH 44193


Camel Saw Company
4898 Hills & Dales Rd NW
Canton, OH 44708


Carnes Office Supply
7193 Sunset Strip NW
North Canton, OH 44720


Carnes Office Supply
4536 Renaissance Parkway
Cleveland, OH 44128


Caster Depot
DEPT. 9014 PO BOX 30516
Lansing, MI 48909


Chapanar's Qui-Keys
4601 Fulton Dr NW
Canton, OH 44718


Chapanar's Qui-Keys
115 Ledbury Cir NE
Canton, OH 44721


Charter Industries
3900 South Greenbrooke Dr. SE
Kentwood, MI 49512


Charter Industries
PO BOX 776778
Chicago, IL 60677


Cincinnati Inc
P.O. BOX 11111
Cincinnati, OH 45211


Cincinnati Inc
P.O. BOX 88864
Milwaukee, WI 53288


Colleen Maurer
941 Southmoor Circle NE
Canton, OH 44721


Color Process Inc.
13900 Prospect Road
Strongsville, OH 44149

Creative Magazine
31 Merrick Avenue Suite 60
Merrick, NY 11566


Creative Plastics
1409 Coronet Dr
Dalton, GA 30721


Creative Plastics
MSC7584 PO BOX 415000
Nashville, TN 37241


Creative Tubes LLC
226 Memorial Drive
Jacksboro, TN 37757


Creative Tubes LLC
PO BOX 1072
Jacksboro, TN 37757


Crystal Laboratories, Inc
1201 Camden Ave SW
Canton, OH 44706


Dalton Combustion Systems, Inc
9701 Stone Road
Valley View, OH 44125


Dalton Combustion Systems, Inc
PO BOX 25714
Valley View, OH 44125


De Lage Landen
Account Services
1111 Old Eagle School Rd
Wayne, PA 19087


De Lage Landen
Financial Services, Inc PO BOX 41602
Philadelphia, PA 19101


Delzer Lithograph Co
PO BOX 679
Waukesha, WI 53187


Derse Inc
3800 West Canal Street
Milwaukee, WI 53208


Distributor Service, Inc.
6550 Davis Industrial Parkway
Solon, OH 44139

Distributor Service, Inc.
P.O. BOX 6002
Hermitage, PA 16148


Dominion Gas
PO BOX 26785
Richmond, VA 23260


Duraco Specialty Tapes LLC
7400 W Industrial Drive
Forest Park, IL 60130


Duraco Specialty Tapes LLC
PO BOX 1417
Carol Stream, IL 60132


Easton Telecom Services, LLC
PO BOX 72032
Cleveland, OH 44192


Emo Trans, Inc
2322 Grand Avenue
Baldwin, NY 11510


Emo Trans, Inc
377 Oak Street  SUITE 202
Garden City, NY 11530


Engineered Products & Services Inc
4221 Courtney Road
Franksville, WI 53126


Engineered Products & Services Inc
DEPT CH 18215
Palentine, IL 60055


Este Express Lines
PO BOX 105160
Atlanta, GA 30348


Estes Express Lines
P.O. BOX 25612
Richmond, VA 23260


Fastenal Company
1224 Erie St. S.
Massillon, OH 44646


Fastenal Company
P.O. BOX 1286
Winona, MN 55987


Federal Express Corp
P.O. BOX 371461
Pittsburgh, PA 15250

Finish Master
5289 West 137th Street  UNIT #6
Brookpark, OH 44142


First Street Development, LLC
2805 Midvale Rd. NW
Canton, OH 44708


First Street Development, LLC
4571 Stephen Circle NW
Canton, OH 44718


Floor and Décor Outlets of America, Inc.
2233 Lake Park Drive Suite 400
Smyrna, GA 30080


FP Mailing Solutions
140 N. Mitchell Ct.  SUITE 200
Addison, IL 60101


Fujifilm North America Corp
1101 West Cambridge Circle Drive
Kansas City, KS 66103


Fujifilm North America Corp
BOX 200308
Pittsburgh, PA 15251


Global Sourcing & Support SVCS
260 E. University Avenue
Cincinnati, OH 45219


Goengineer, LLC
739 Fort Union Blvd
Midvale, UT 84047


Goengineer, LLC
PO BOX 671351
Dallas, TX 75267


Grainger
1721 6th Street S.W.
Canton, OH 44706


Grainger
DEPT 832973812
Palatine, IL 60038


Hafele America Co
3901 Cheyenne Drive PO BOX 4000
High Point, NC 27263

Hafele America Co
PO BOX 890779
Charlotte, NC 28289


Hartville Hardware #0289
1315 Edison St NW
Hartville, OH 44632


Hawthorne Wire, LTD.
13000 Athens Ave DOCK# 4
Lakewood, OH 44107


Heritage-Crystal Clean
13621 Collections Center Drive
Chicago, IL 60693


Home Depot U.S.A., Inc.
2455 Paces Ferry Road NW
Atlanta, GA 30339


Jack Shrum PA
Citizens Bank Center
919 N. Market Street, SUITE 1410
Wilmington, DE 19801


JW Color
5193 Stoneham Rd. NW  SUITE 200
North Canton, OH 44720


Kaman Industrial Technologies
P.O. BOX 74566
Chicago, IL 60696


Kathy Knecht
1369 Sanders Ave
Massillon, OH 44647


Label Tech Inc.
2601 S. Walnut Street
Muncie, IN 47302


Label Tech Inc.
P.O. BOX 2666
Muncie, IN 47307


LCA Bank Corporation
PO BOX 1297
Troy, MI 48099


Linde Gas & Equipment
925 South Main Street
Akron, OH 44311


Linde Gas & Equipment
DEPT CH 10660
Palatine, IL 60055

```
Louisville Lamp Co.
3318 Gilmore Industrial Blvd.
Louisville, KY 40213


Louisville Lamp Co.
ATTN: JOHN DEYE / ACCTS. RECV.
3314 Gilmore Industrial Blvd.
Louisville, KY 40213


Lowes Companies, Inc.
Attn: Legal Department
1000 Lowe's Boulevard
Mooresville, NC 28117


Lowe's Companies, Inc.
Attn: VP, Display Management
1000 Lowe's Boulevard
Mooresville, NC 28117


Lustrous Metal Coating
1541 Raff Road SW
Canton, OH 44710


Lustrous Metal Coating
PO BOX 80424
Canton, OH 44708


M&M Royalty, LTD.
5377 Lauby Road NW Suite 202
North Canton, OH 44720


M. Conley Co.
1312 Fourth St., S.E.  P.O. BOX 21270
Canton, OH 44701


M. Conley Co.
PO BOX 21270
Canton, OH 44701


Magic Garage Door, Inc.
2949 Lincoln Way East
Massillon, OH 44646


Martin Pallet Inc
1414 Industrial Ave SW
Massillon, OH 44647


Massillon Cable
814 CABLE CT NW
Massillon, OH 44647


Massillon City Sewer
SEWER & WASTE DEPT
One James Duncan Plaza
Massillon, OH 44646
```

Massillon City Sewer
SEWER & WASTE DEPT PO BOX 530
Massillon, OH 44648


Matheson Tri-Gas, Inc.
Attn: General Counsel
150 Allen Road, Suite 302
Basking Ridge, NJ 07920


MBS Standoffs
5046 W Linebaugh Ave
Tampa, FL 33634


McMaster-Carr Supply Co.
P.O. BOX 7690
Chicago, IL 60680


Metisentry
17 S Main Street  SUITE 201
Akron, OH 44308


Metlife
PO BOX 360905
Pittsburgh, PA 15251


Milwaukee Electric Tool Corp
Attn: Legal Department
13135 West Lisbon Road
Brookfield, WI 53005


Milwaukee Electric Tool Corp.
Attn: Purchasing
13135 West Lisbon Road
Brookfield, WI 53005


Napa Auto
1709 Lincoln Way E
Massillon, OH 44646


Nazdar Northeast
3905 Port Union Road
Fairfield, OH 45014


Nazdar Northeast
PO BOX 71097
Chicago, IL 60694


NCT Technologies Group
P.O. BOX 37
New Carlisle, OH 45334


Nitech IPM
911 East 23rd Street
Columbus, NE 68601

Numalliance North America Inc.
1361 Howard St
Elk Grove Village, IL 60007


Numalliance North America Inc.
1637 Kingsview Drive
Lebanon, OH 45036


Ohio Drilling
2405 Bostic Blvd SW
Massillon, OH 44647


Ohio Edison
P O BOX 387
Massillon, OH 44648


Panel Processing Inc
120 N. Industrial Hwy.
Alpena, MI 49707


Panel Processing Inc
1030 Devere Drive
Alpena, MI 49707


Pat Pelfrey
1350 Sanders Ave SW
Massillon, OH 44647


Patco Sales & Service, Inc
9569 W. 40th Street
Fremont, MI 49412


Pitt Ohio LTL
PO BOX 643271
Pittsburgh, PA 15264


Plymouth Foam Incorporated
1 Southern Gateway
Gnadenhutten, OH 44629


Plymouth Foam Incorporated
PO BOX 407
Plymouth, WI 53073


Polymershapes LLC
4609-A Van Epps Road
Brooklyn Heights, OH 44131


Polymershapes LLC
PO BOX 505503
Saint Louis, MO 63150


Praxair Distribution Inc.
39 Old Ridgebury Road
Danbury, CT 06810

Pro Display
#5 XINJING ROAD
ZHANG JIAGANG, 215600
CHINA


R & L Carriers Inc
PO BOX 10020
Port William, OH 45164


Republic Waste
2800 ERIE STREET S Massillon,
OH 44646


Rick Catazaro
1369 Sanders Ave SW Massillon,
OH 44647


Rotolo Industries, Inc.
1369 Sanders Ave. SW
Massillon, OH 44648


Rotolo Industries, L.L.C. 1369
Sanders Ave. SW Massillon, OH
44648


Rotolo Investors, L.L.C. 1369
Sanders Ave. SW Massillon, OH
44648


Se-Kure Controls, Inc.
3714 Runge Street
Franklin Park, IL 60131


Siffron
8181 Darrow Rd
Twinsburg, OH 44087


Siffron
PO BOX 74898
Cleveland, OH 44194


Sound Energy Co, Inc
PO BOX 306
Dover, OH 44622


Stark & Knoll Co., LPA
3475 Ridgewood Road
Akron, OH 44333


Stark County Treasurer
P.O. Box 24815
Canton, OH 44701


Stark County, Ohio
110 Central Plaza S Suite 250
Canton, OH 44702

Stark Glass
1250 Nova Drive SE
Massillon, OH 44646


Steel & Company Law Firm
2725 Abington Road
Fairlawn, OH 44333


T.J. Snow Co.
120 Nowlin Lane
Chattanooga, TN 37421


T.J. Snow Co.
PO Box 22847
Chattanooga TN 37422


TCI Powder Coatings
610 Dixon Drive
Ellaville, GA 31806


TCI Powder Coatings
PO BOX 535403
Atlanta, GA 30353


Team Plastics, Inc.
3901 West 150th St
Cleveland, OH 44111


Terminix International
2680 Roberts Ave. N.W.
Canton, OH 44709


Terminix International
PO BOX 802155
Chicago, IL 60680


The Art Galvanizing Works Inc
3935 Valley Rd
Cleveland, OH 44109


Three30 Group
PO Box 453
New Philadelphia, OH 44663


Tractor Supply Company
Attn: General Counsel
5401 Virginia Way
Brentwood, TN 37027


Trinity Logistics Inc.
317 Green Needles Rd.
Lexington, NC 27295


Trion Industries Inc.
297 Laird Street
Wilkes Barre, PA 18702

Trion Industries Inc.
PO Box 640764
Pittsburgh, PA 15264


Tru-Fab Technology, Inc.
34820 Lakeland Blvd
Eastlake, OH 44095


Uline
2200 S. Lakeside Drive
Waukegan, IL 60085


Uline
PO Box 88741
Chicago, IL 60680


Unifirst Corporation
7944 Whipple Ave NW
North Canton, OH 44720


Unifirst Corporation
PO Box 650481
Dallas, TX 75265


UPS
PO Box 505820
The Lakes, NV 88905


UPS
PO Box 809488
Chicago, IL 60680


USF Holland Inc
27052 Network Place
Chicago, IL 60673


Valco/Valley Tool & Die
10020 York-Theta Drive
North Royalton, OH 44133


Valley Industrial Trucks, Inc.
1152 Meadowbrooke Ave
Youngstown, OH 44512


Verizon Wireless
PO Box 489
Newark, NJ 07101


Verizon Wireless
PO Box 16810
Newark, NJ 07101


Victory Propane
PO Box 1217
Highland Park, IL 60035

Victory Propane, LLC
PO BOX 1217
Highland Park, IL 60035

Welch Packaging Group
6090 Hillcrest Dr.
Valley View, OH 44125

Welch Packaging Group
PO Box 856421
Minneapolis, MN 55485

Wellnow Urgent Care
PO Box 10459
Albany, NY 12201

Wellnow Urgent Care
2400 Corporate Exchange Drive Suite 102
Columbus, OH 43231

Westfield Bank
Two Park Circle
Westfield Center, OH 44251

Westrock Box On Demand, LLC
53 Commerce Dr
Mechanicsburg, PA 17050

Westrock Box On Demand, LLC
14467 Collection Center Dr
Chicago, IL 60693

White Hawk Retail Solutions, LLC
4450 E. Adamo Drive Suite 501
Tampa, FL 33605

Williams Toyota Lift
PO Box 359
East Sparta, OH 44626

Young Leasing
PO Box 6118
Canton, OH 44706

Diseko
AV. MEXICO 203, PARQUE INDUST'L SAN FRAN
SAN FRANCISCO de los ROMO
AGUASCALIENTES, 20304
MEXICO

Foley & Lardner LLP
Attn: Mike Seely
Re: Matheson Tri-Gas, Inc.
1000 Louisiana Street Suite 2000
Houston, TX 77002

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. _____ |
| | ) | |
| E-B Display Company, Inc. | ) | Chapter ___11___ |
| | ) | |
| **Debtor(s)** | ) | Judge ___Tiiara Patton___ |
| | ) | |
| | ) | **DECLARATION RE: ELECTRONIC** |
| | ) | **FILING OF DOCUMENTS AND** |
| | ) | **STATEMENT OF SOCIAL SECURITY** |
| | ) | **NUMBER** |

## Part I - Declaration of Petitioner

I [We] ___Michael S. Rotolo___ and_E-B Display Company, Inc._, the undersigned debtor(s), ***hereby declare under penalty of perjury*** that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules, as well as in any other documents that must contain original signatures, is true, correct, and complete. I consent to my attorney sending my petition, this declaration, statements, and schedules, and any other documents that must contain original signatures, to the United States Bankruptcy Court. The DECLARATION RE: ELECTRONIC FILING shall be filed the same day the petition is filed.

I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11 of the United States Code, understand the relief available under each chapter, and choose to proceed under the chapter specified in the petition.

I [We] ***further declare under penalty of perjury*** that [*check appropriate box(es)*]:

☐ The Social Security Number that I, have given to my attorney, which will be submitted to the Court as part of the electronic case opening process, is true, correct, and complete.

☐ I, the Debtor, do not have a Social Security Number.

☐ The Social Security Number that I, the Joint Debtor, have given to my attorney, which will be submitted to the Court as part of the electronic case opening process, is true, correct, and complete.

☐ I, the Joint Debtor, do not have a Social Security Number.

☒ [*Check box if petitioner is a corporation or partnership*] I declare under penalty of perjury that the information provided in the petition is true, correct, and complete, and that I have been authorized to file the petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Dated: ___May 12, 2023___ Signed: _____

Michael S. Rotolo/President

## Part II - Declaration of Attorney

I ***declare under penalty of perjury*** that I have reviewed the above debtor's petition and that the information is complete and correct to the best of my knowledge. The debtor(s) will have signed this form before I submit the petition, schedules, and statements, or any other documents that must contain original signatures. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court, and have followed all other requirements of Local Bankruptcy Rule 5005-4 and the Electronic Case Filing (ECF) Administrative Procedures Manual. I further declare that I have examined the above debtor's petition, schedules, and statements, and any other documents that must contain original signatures, and to the best of my knowledge and belief, they are true, correct, and complete. If an individual, I further declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. This declaration is based on all information of which I have knowledge. I understand that failure to file the signed original of this DECLARATION will cause this case to be dismissed.

Dated: ___May 12, 2023___ _____

Christopher Peer (0076257)
Attorney for Debtor(s)
Wickens Herzer Panza
35765 Chester Road
Avon, OH 44011