# APPENDIX B

# LIQUIDATION ANALYSIS

E-B Display Company, Inc. et. Al
Jointly Administered Case No. 23-60565
United States Bankruptcy Court - Northern District of Ohio
Judge Tiiara N.A. Patton

**Liquidation Analysis**

### Sources

| | | |
|---|---:|---|
| Cash on December 1, 2023 | 100,000.00 | |
| Projected Recovery from Avoidance Actions | 400,000.00 | Counsel for Joint Plan Proponents has reviewed possible Avoidance Actions and likely defenses to Avoidance Actions and estimates recovery between $300,000 and $500,000. No recovery is guaranteed and $400,000 is the midpoint of the estimate |
| Collection from Refunds and Dividends | 60,000.00 | Amounts from returns on insurance deposits and dividends |
| **Total Sources** | **560,000.00** | |

### Uses

| | | |
|---|---:|---|
| Unpaid Administrative Trade Claims | 83,860.00 | Aggregate known administrative claims either submitted or timely filed by Administrative Claim Bar Date Subject to review and objection from Joint Plan Proponents or Liquidating Trustee |
| Filed 503(b)(9) Administrative Claims | 83,873.00 | Amount as timely filed. Subject to review and objection from Joint Plan Proponents or Liquidating Trustee |
| Estimated Healthcare Claims | 0.00 | |
| Estimated Q3 UST Fee | 60,000.00 | Current upon filing, but expected to receive more claims post-filing |
| Massilon Tax Claim | 7,000.00 | Priority Claim - Subject to review and objection from Joint Plan Proponents or Liquidating Trustee |
| State of Ohio Tax Claim | 0.00 | Estimated claim of State of Ohio filed as $56,844, but Debtors are providing data to State auditors and expect tax owed to be $0.00 |
| Unpaid Debtors Counsel Fee Claim -Admin - Ordered | 54,008.59 | 10% from May 12, 2023 through September 30, 2023. $282,761.57 (approved) - $228,752.98 (paid) - remaninder Deferred |
| Unpaid UCC Counsel Fee Claim - Admin -Ordered | 25,146.69 | 10% from May 12, 2023 through September 30, 2023. $153,161 (approved) - $128,014.31 (paid) Remainder Deferred |
| Unpaid Financial Advisor Fee Claim -Admin -Ordered | 1,530.00 | 10% from May 12, 2023 through September 30, 2023. |
| Unpaid Accountant Fee Claim - Admin | 10,000.00 | |
| Unpaid Debtors Counsel Fee - October 2023 | 19,118.37 | Deferred by counsel |
| Unpaid UCC Counsel Fee - October 2023 | 7,100.00 | Deferred by counsel |
| Liquidating Trustee Fee | 36,000.00 | 60 hours at $600 per hour |
| Liquidating Trustee Counsel Fee | 22,500.00 | 50 hours at $450 per hour (blended) |
| Liquidating Trustee Costs | 11,250.00 | Collection of data and resource from Debtors - 75 hours at $150 per hour |
| **Total Uses** | **421,386.65** | |
| **Net Amount Available for Distribution** | **138,613.35** | |

**E-B Display Company, Inc. et. Al**
**Jointly Administered Case No. 23-60565**
**United States Bankruptcy Court - Northern District of Ohio**
**Judge Tiiara N.A. Patton**

## Liquidation Analysis -Chapter 7

### Sources

| | | |
|---|---:|---|
| Cash on December 1, 2023 | 100,000.00 | |
| Projected Recovery from Avoidance Actions | 400,000.00 | Counsel for Joint Plan Proponents has reviewed possible Avoidance Actions and likely defenses to Avoidance Actions and estimates recovery between $300,000 and $500,000. No recovery is guaranteed and $400,000 is the midpoint of the estimate |
| Collection from Refunds and Dividends | 60,000.00 | Amounts from returns on insurance deposits and dividends |
| **Total Sources** | **560,000.00** | |

### Uses

| | | |
|---|---:|---|
| Unpaid Administrative Trade Claims | 83,860.00 | Aggregate known administrative claims either submitted or timely filed by Administrative Claim Bar Date. Subject to review and objection from Joint Plan Proponents or Liquidating Trustee |
| Filed 503(b)(9) Administrative Claims | 83,873.00 | Amount as timely filed. Subject to review and objection from Joint Plan Proponents or Liquidating Trustee |
| Estimated Healthcare Claims | 0.00 | Current upon filing, but expected to receive more claims post-filing |
| Estimated Q3 UST Fee | 60,000.00 | |
| Massilon Tax Claim | 7,000.00 | Priority Claim - Subject to review and objection from Joint Plan Proponents or Liquidating Trustee |
| State of Ohio Tax Claim | 0.00 | Estimated claim of State of Ohio filed as $56,844, but Debtors are providing data to State auditors and expect tax owed to be $0.00 |
| Unpaid Debtors Counsel Fee Claim -Admin - Ordered | 54,008.59 | 10% from May 12, 2023 through September 30, 2023. $282,761.57 (approved) - $228,752.98 (paid) - remaninder Deferred |
| Unpaid UCC Counsel Fee Claim - Admin -Ordered | 25,146.69 | 10% from May 12, 2023 through September 30, 2023. $153,161 (approved) - $128,014.31 (paid) Remainder Deferred |
| Unpaid Financial Advisor Fee Claim -Admin -Ordered | 1,530.00 | 10% from May 12, 2023 through September 30, 2023. |
| Unpaid Accountant Fee Claim - Admin | 10,000.00 | |
| Unpaid Debtors Counsel Fee - October 2023 | 19,118.37 | Deferred by counsel |
| Unpaid UCC Counsel Fee - October 2023 | 7,100.00 | Deferred by counsel |
| Chapter 7 Trustee Fee (recovery) | 16,800.00 | 3% of $560,000 |
| Chapter 7 Trustee Counsel Fee | 56,250.00 | 125 hours at $450 per hour (blended) - Need to learn case also |
| Chapter 7 Trustee Costs | 45,000.00 | 150 hours at $300 per hour (dual tasks of Liquidating Trustee Fee and Costs) |
| **Total Uses** | **469,686.65** | |
| **Net Amount Available for Distribution** | **90,313.35** | |